Rionegro, Colombia, February 15, 2023

United States District Court
for the Southern District of New York

Case: <u>Wells Fargo Trust Co, N.A. as Owner Trustee vs. Fast Colombia S.A.S. d/b/a VivaColombia</u>, Civil Action No. 1:23 -cv -00603

**Reference**: Notice of admission to a Business Recovery Proceeding and request of suspension of proceedings.

**Applicant**: **FAST COLOMBIA S.A.S.**

**Creditors**: Arthur J. Gallagher Insurance Brokers Limited; Aviation Capital Group ACG; Awas Aviation Services Inc; Banco Davivienda S.A.; Banco de Occidente S.A.; Banco Santander de Negocios Colombia S.A.; Bancolombia; Bluesky 35 Leasing Company Limited; Celestial Aviation Funding Unilited Company; Engine Lease Finance; Falcon Aerospace; Lasa Sociedad de Apoyo Aeronautico S.A.; Organizacion Terpel S.A.; Terpel Exportaciones C.I. S.A.S.; Unidad Administrativa Especial de Aeronáutica Civil; ZF Ireland Aircraft 46 Limited; ZF Ireland Aircraft 47 Limited, ZF Ireland Aircraft 48 Limited, ZF Ireland Aircraft 49 Limited and ZF Ireland Aircraft 50 Limited.

**File Number**: 001/2023

We hereby inform you that **FAST COLOMBIA S.A.S.**, identified with Colombian tax identification number 900.313.349-3 has filed before the **ARBITRATION, CONCILIATION AND AMICABLE RESOLUTION CENTER OF THE CHAMBER OF COMMERCE FOR EASTERN ANTIOQUIA** a request for admission to a Business Recovery Proceeding and has been admitted to said proceeding through Writ dated February 10, 2023. The undersigned has been appointed as mediator in charge of the proceeding.

Therefore, in accordance with the provisions of Legislative Decree 560 of 2020 and the regulations applicable to business recovery proceedings before the Chambers of Commerce, I hereby respectfully request that the Court suspend the above referenced matter.

Respectfully,

_____
**ANGELA MARIA ECHEVERRI RAMIREZ**
Appointed Mediator