UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff / Petitioner:** WELLS FARGO TRUST CO., N.A., as Owner Trustee | **AFFIDAVIT OF SERVICE** |
| **Defendant / Respondent:** FAST COLOMBIA S.A.S. (d/b/a VIVACOLOMBIA) | Case No.: 1:23-cv-00603 |

STATE OF NEW YORK    )
                                             )SS:
COUNTY OF NASSAU  )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Wed, Feb 22 2023 AT 02:48 PM AT c/o CT CORPORATION SYSTEM 28 LIBERTY STREET, 42ND FLOOR, NEW YORK, NY 10005 deponent served the within AMENDED COMPLAINT bearing Case No.: 1:23-cv-00603 upon FAST COLOMBIA S.A.S. defendant therein named.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** a defendant, therein named, by delivering a true copy of each to CARLOS BOBE personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be intake Specialist/Authorized to Accept Service; thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at defendant's last known residence, _____, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 40       Skin Color: Hispanic       Gender: Male       Weight: 200+
Height: 5'6"   Hair: Black                Eyes:              Relationship: Intake Specialist/Authorized to Accept Service
Other _____

Sworn to before me on  2-23-23

_____                    _____
Bobby W. Russell                                            Notary Public
2030308-DCA

GINA MARIE EANNUCCI
Notary Public - State of New York
NO. 01EA5075334
Qualified in Nassau County
My Commission Expires Mar 31, 2023