UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO TRUST CO., N.A., as Owner Trustee,<br><br>   *Plaintiff*,<br><br>v.<br><br>FAST COLOMBIA S.A.S. (d/b/a VIVACOLOMBIA),<br><br>   *Defendant*. | Civ. Action No. 23 Civ. 00603 (PGG)<br><br>CLERK'S CERTIFICATE OF DEFAULT |

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 24, 2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant FAST COLOMBIA S.A.S (d/b/a VIVACOLOMBIA) by personally serving Carlos Bobe *and proof of service was therefore filed on* February 1, 2023, *Doc.* #10.  I further certify that the plaintiff filed an amended complaint on February 16, 2023 and that a copy of the amended complaint was served on defendant FAST COLOMBIA S.A.S (d/b/a VIVACOLOMBIA) by personally serving Carlos Bobe *and proof of service was therefore filed on* February 27, 2023, *Doc.* #18.  I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint or amended complaint herein.  The default of the defendant is hereby noted.

Dated: New York, New York
               _____, 20___

                                                                          RUBY J. KRAJICK
                                                                          Clerk of Court

                                                                          By: _____
                                                                                Deputy Clerk