**WHITE & CASE**

April 21, 2023

The Honorable Paul G. Gardephe
United States District Court, Southern District of New York
40 Foley Square, Courtroom 705
New York, New York 10007

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

whitecase.com

Re: *Wells Fargo Trust Co., N.A. as Owner Trustee v. Fast Colombia S.A.S (d/b/a VivaColombia)*, Civil Action No. 23 Civ. 603

Dear Judge Gardephe:

We represent Plaintiff Wells Fargo Trust Company, National Association, not in its individual capacity but solely in its capacity as Owner Trustee, in the above-referenced action and write pursuant to Rule 1.E of Your Honor's Individual Rules to request an adjournment of the April 27, 2023 Initial Conference. On March 13, 2023, the Clerk of the Court issued a certificate of default regarding Defendant Fast Columbia S.A.S. (d/b/a/ VivaColombia). ECF Nos. 23. On March 29, 2023, Plaintiff filed an Order to Show Cause seeking an order granting Plaintiff a default judgment, pursuant to Your Honor's Individual Rules. *See* ECF Nos. 24-26. To date, Defendant Fast Colombia S.A.S. has not appeared in this action. Given the current procedural posture, we respectfully request that the Initial Conference be adjourned pending the Court's determination of the pending Order to Show Cause. We are available to address any questions the Court may have.

We thank the Court for its consideration.

Respectfully submitted,

 */s/ Gregory Starner*

**Gregory Starner**

**T** +212 819 8839
**E** gstarner@whitecase.com

cc:     All Counsel Of Record (via ECF)

**MEMO ENDORSED:**
The conference currently scheduled for April 27, 2023
is adjourned sine die.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated:  April 26, 2023