UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO TRUST CO., N.A., as Owner Trustee,

      Plaintiff,

v.

FAST COLOMBIA S.A.S., doing business as VivaColombia,

      Defendant.

**ORDER**

23 Civ. 603 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

  WHEREAS the Complaint was filed on January 24, 2023 (Dkt. No. 1), and the Amended Complaint was filed on February 16, 2023 (Dkt. No. 16);

  WHEREAS a notice of admission to a business recovery proceeding in Colombia was filed on February 15, 2023, and signed by an "appointed mediator," who requested that the Court "suspend" the instant action (Dkt. No. 15);

  WHEREAS, on February 22, 2023, Plaintiff opposed this request on the ground that, inter alia, it is not clear what authority, if any, the appointed mediator has to make a request on Defendant's behalf, and no attorney has filed a notice of appearance in this action on behalf of Defendant (Dkt. No. 17);

  WHEREAS Plaintiff served Defendant Fast Colombia S.A.S. with the Amended Complaint on February 22, 2023 (Dkt. No. 18);

  WHEREAS Defendant has not filed an answer, responded to the Amended Complaint, or appeared in this action;

  WHEREAS the request for a stay from the mediator in Colombia is denied;

WHEREAS Plaintiff moved by order to show cause for a default judgment on March 29, 2023 (Dkt. Nos. 24-26);

WHEREAS this Court ordered Defendant to show cause on June 8, 2023, why a default judgment should not be entered against it (Dkt. No. 31);

WHEREAS Plaintiff served the Order to Show Cause on Defendant on May 19, 2023 (Dkt. No. 32);

WHEREAS Defendant filed no opposition to Plaintiff's motion for a default judgment and did not appear at the June 8, 2023 hearing;

IT IS HEREBY ORDERED that an order of default is entered against Defendant Fast Colombia S.A.S.

IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Lehrburger for a report and recommendation regarding Plaintiff's request for damages, attorneys' fees, and costs.

The Clerk of Court is directed not to close this case.

Dated:   New York, New York
         June 8, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge