**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
WELLS FARGO TRUST CO., N.A., As Owner Trustee,

                Plaintiff,                23 **CIVIL** 0603 (PGG)(RWL)

     -against-                **JUDGMENT**

FAST COLOMBIA S.A.S., (doing business as VIVACOLOMBIA),
                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 5, 2023, the Court adopts the Report & Recommendation in its entirety. Plaintiff is awarded: (1) $1,565,312.50 in damages, with contractual interest accruing at a rate of 5% per annum from December 14, 2022 up to the time of judgment amounting to $76,335.79 in interest; (2) attorneys' fees in the amount of $104,758.00; and (3) costs in the amount of $2,884.62. Post-judgment interest is awarded using the federal rate set forth in 28 U.S. C. § 1961, calculated from the date the Clerk of Court enters judgment in this action until the date of payment. Accordingly, the case is closed.

**Dated:** New York, New York

    December 5, 2023

                                                    **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                       **BY:**
                                                _____
                                                      **Deputy Clerk**